Benjamin L. Kennedy, SBN 232889
CARR, KENNEDY, PETERSON & FROST
A Law Corporation
420 Redcliff Drive
Redding, California 96002
Telephone: (530) 222-2100
Facsimile: (530) 222-0504
bkennedy@ckpf.com

Attorneys for Defendant
SCHMIDBAUER LUMBER, INC.

**GRANTED**
Judge Yvonne Gonzalez Rogers
8/30/17

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAY, | Case No. 17-cv-03819-YGR |
| Plaintiff, | **SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT** |
| vs. | |
| SCHMIDBAUER LUMBER, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 12, and Local Rule 6-1(a), Plaintiff and Defendant hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to the Complaint.

Plaintiff filed the Complaint in this action or around July 17, 2017, and Defendant was served with the Complaint and Summons on or around July 21, 2017. With this stipulation, Defendant's deadline for answering and or otherwise responding to the Complaint is extended to September 22, 2017.

The parties submit that the additional time will not alter any deadline set by the Court, and agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing or Order.

SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT   Case No. 17-cv-03819-YGR

Dated: August 28, 2017		Respectfully submitted,

/s/ *Alan Adelman*
Alan Adelman

Alan Adelman (SBN 170860)
alanadelmanlaw.com
Law Offices of Alan Adelman
240 Stockton Street, 4th Floor
San Francisco, CA 94108
Telephone: (415) 956-1376
Facsimile: (415) 358-4060

Attorneys for Plaintiff
ROBERT LAY

*[signature]*
Benjamin L. Kennedy

Benjamin L. Kennedy (SBN 232889)
bkennedy@ckpf.com
CARR, KENNEDY, PETERSON & FROST
A Law Corporation
420 Redcliff Drive
Redding, California 96002
Telephone: (530) 222-2100
Facsimile: (530) 222-0504

Attorneys for Defendant
SCHMIDBAUER LUMBER, INC.

2

# PROOF OF SERVICE

CASE NAME   : Lay v. Schmidbauer Lumber, Inc.
COURT       : US District Court Northern District of California
CASE NO.    : 17-cv-03819-YGR

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Carr, Kennedy, Peterson & Frost, 420 Redcliff Drive, Redding, California 96002.

On this date, I served the document described as: **SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT** on the interested parties in this matter by placing a true copy thereof in a sealed envelope addressed as follows:

Alan Adelman (SBN 170860)
alanadelmanlaw.com
Law Offices of Alan Adelman
240 Stockton Street, 4th Floor
San Francisco, CA 94108
Telephone: (415) 956-1376
Facsimile: (415) 358-4060

YGR Chamber's Copy
USDC Northern District
Oakland Courthouse
Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

Service of the above document was effectuated by the following means of service:

X   **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at Redding, California. The envelope(s) was/were mailed with postage thereon fully prepaid.

**By Personal Service** -- By personally delivering a true copy thereof in a sealed envelope(s).

**By Overnight Delivery Service** -- I caused such envelope(s) to be deposited

Proof of Service                                          Case No. 17-cv-03819-YGR

in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope(s) was/were deposited with the express service carrier with delivery fees paid or provided for.

**By Electronic Transmission** – I electronically served the document described
above on the interested parties in this matter on this date.

**Facsimile Transmission** -- I served the documents in this matter via facsimile transmission.

**State Court** -- I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

X    **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this 28th day of August, 2017, at Redding, California.

*/s/ Jodi Hoffman*
JODI HOFFMAN

Proof of Service                                           Case No. 17-cv-03819-YGR