UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LAY**, <br> Plaintiff, <br> v. <br> **SCHMIDBAUER LUMBER, INC.**, <br> Defendant. | Case No. 17-cv-03819-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed and considered the parties' Joint Initial Case Management Conference Statement. Accordingly, the Court **VACATES** the Case Management Conference currently set for November 27, 2017. The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 5, 2018 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | January 24, 2018  re Private Mediation |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None without court approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 1, 2018 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 10, 2018 <br> Rebuttal: August 24, 2018 |
| EXPERT DISCOVERY CUTOFF: | September 24, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | July 10, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 26, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 2, 2018 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, November 16, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 3, 2018 at 8:30 a.m. |

The parties may request a Case Management Conference prior to February 5, 2018 if necessary.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, October 26, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by **November 9, 2017** by filing a JOINT Notice. A compliance hearing regarding mediation shall be held on **Friday, November 17, 2017** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By **November 9, 2017**, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

\\
\\
\\
\\
\\

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 26, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: ADR