1  Alan Adelman, Esq., State Bar No. 170860
   LAW OFFICES OF ALAN ADELMAN
2  44 Montgomery Street, Suite 3340
   San Francisco, CA 94104
3  (415) 956-1376
   Attorneys for Plaintiff
4  ROBERT LAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAY, | Case No. 17-cv-03819-YGR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SCHMIDBAUER LUMBER, INC., | |
| Defendant. | |

The parties to this matter have reached a full and final settlement as to all disputed issues.  Accordingly, the parties to this matter are respectfully requesting that the Court take all currently scheduled hearings and deadlines off calendar and grant forty-five days within which the parties are to either file a Stipulation of Dismissal or attend a CMC regarding the status of the settlement.

Dated:  March 2, 2018            CARR, KENNEDY, PETERSON & FROST

                                 By:  /s/ Benjamin L. Kennedy
                                      Benjamin L. Kennedy, Esq.
                                      Attorneys for Defendant
                                      SCHMIDBAUER LUMBER, INC

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated:  March 2, 2018 | LAW OFFICES OF ALAN ADELMAN |
| 2 | | |
| 3 | | By: /s/ Alan Adelman |
| 4 | | Alan Adelman, Esq. |
| | | Attorney for Plaintiff |
| 5 | | ROBERT LAY |

NOTICE OF SETTLEMENT