ALAN ADELMAN, ESQ.   CA BAR NO: 170860
LAW OFFICES OF ALAN ADELMAN
44 Montgomery Street, Suite 3340
San Francisco, California  94104
Telephone:  (415) 956-1376
Facsimile:  (415) 358-4060

Attorney for Plaintiff
ROBERT LAY

**GRANTED**

Judge Yvonne Gonzalez Rogers

3/26/18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAY, | CASE NUMBER: 17-cv-03819-YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| SCHMIDBAUER LUMBER, INC., | |
| Defendant. | |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this lawsuit is hereby dismissed with prejudice in its entirety.

Dated: March 21, 2018              LAW OFFICES OF ALAN ADELMAN

                         By:    /s/   Alan Adelman
                                ALAN ADELMAN
                                Attorney for Plaintiff
                                ROBERT LAY

Dated: March 21, 2018              CARR, KENNEDY, PETERSON & FROST

                         By:    /s/ Benjamin L. Kennedy
                                BENJAMIN L. KENNEDY
                                Attorney for Defendant
                                SCHMIDBAUER LUMBER, INC.